UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. O'DONNELL,<br><br>              Petitioner,<br><br>     v.<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br><br>              Respondent. | **ORDER**<br><br>18 Civ. 6414 (ER) |

Ramos, D.J.:

     A report and recommendation was issued in this case on November 18, 2021.  *See* Doc. 34.  Petitioner James E. O'Donnell objected to the report and recommendation on December 29, 2021.  *See* Doc. 39.  Respondent received two extensions to reply to the objections, the most recent of which gave it until January 31, 2022 to reply.  But Respondent has not yet replied.

     Accordingly, respondent has two weeks to submit its reply.  If Respondent does not submit a reply within two weeks, Petitioner's objections will be deemed unopposed.

     The Clerk of Court is respectfully directed to mail a copy of this order to O'Donnell.

     It is SO ORDERED.

Dated:   April 1, 2022
             New York, New York

                                                                         Edgardo Ramos, U.S.D.J.