**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES O'DONNELL,,

                    Plaintiff,                    18 **CIVIL** 6414 (ER)

      -against-                    **<u>JUDGMENT</u>**

THE PEOPLE OF THE STATE OF NEW YORK,

                    Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 25, 2023, the Court adopts Magistrate Judge Freemans R&R in its entirety, and O'Donnell's petition for a writ of habeas corpus is DENIED. As O'Donnell has not made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); see also, e.g., Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York
         May 26, 2023

                                                **RUBY J. KRAJICK**

                                                    Clerk of Court

                         **BY:**

                                                      Deputy Clerk